# Court of Appeals
## of the State of Georgia

ATLANTA,  March 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0251. CHRISTINE B. MAY v. MORGAN COUNTY.**

Christine May seeks discretionary review of a December 13, 2013 order. We lack jurisdiction because her appeal is untimely.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). May filed her application on January 15, 2013,[1] and she acknowledges that this application was filed a day after the 30 day deadline. The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because May's application is untimely, it is hereby DISMISSED.[2]

---

[1] May initially filed her application in the Supreme Court, but the Supreme Court transferred it to this Court after determining that the constitutional question raised by May was never actually ruled upon by the trial court.

[2] We note that although this application is untimely, the trial court, having failed to timely notify the parties of the original order, vacated and restated the order to allow the parties to exercise their appeal rights. May has filed a timely application for discretionary appeal from that restated order. See A13D0256.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 03/05/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*